UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

### Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: __USA v. Puana/Kealoha__   Case No. __CR 19-00015__

Presiding District or Magistrate Judge: __Puglisi__

Media Outlet: __The Associated Press__

Representative(s): __Jennifer Kelleher, Audrey McAvoy, Caleb Jones__

Email Address To Send Completed Request Form: __jkelleher@ap.org__

[X] Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 2/13/19-ongoing | 2 pm-various | initial appearance/arraignment |
| | | all furture on-the-record |
| | | proceedings in open court |
| | | |
| | | |

DATED: __2/12/19__   SIGNATURE: _[signature]_

PRINTED NAME: __Jennifer Kelleher__

---

IT IS SO ORDERED. (only as to today's proceeding - February 13, 2019.)

[ ] APPROVED   [X] APPROVED AS MODIFIED   [ ] DENIED   Initial Appearance and Arraignment.

DATED: __FEB 1 3 2019__   _[signature]_