ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2019

at 8 o'clock and 42 min. A M
SUE BEITIA, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 19-00015 JMS |
| RUDOLPH B. PUANA (1) | ) | |
| Defendant | ) | |

2019 FEB -8 AM 6: [?]
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RUDOLPH B. PUANA (1),

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. § § 841(a)(1) and 846 - Conspiracy to Distribute and Dispense Controlled Substances
Count 2: 18 U.S.C. § 4 - Misprision of Felony
Counts 3-38: 21 U.S.C. § 841(a)(1) - Distributing and Dispensing Oxycodone
Count 39: 21 U.S.C. § 841(a)(1) - Distributing and Dispensing of Fentanyl
Counts 40-53: 18 U.S.C. § § 1347 and 2 - Health Care Fraud
Count 54: 18 U.S.C. § § 922(g)(3) and 924(a)(2) - Addict in Possession of a Firearm

Date: 02/07/2019

By: Richard L. Puglisi, United States Magistrate Judge
*Issuing officer's signature*

City and state: Honolulu, Hawaii

/s/ SUE BEITIA, Clerk of the Court, By: J.O.
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/12/19, and the person was arrested on *(date)* 2/12/19
at *(city and state)* KAMUELA, HAWAII.

Date: 2/13/19

*Arresting officer's signature*

NICOLE VALLIERES, Special Agent, FBI
*Printed name and title*