UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 13 2019
at ___ o'clock and __ min __ M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER  CR 19-00015 JMS |
| | ) | |
| vs | ) | ABSTRACT OF RELEASE |
| (01) Rudolph PUANA | ) | |
| | ) | |
| _____ | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __Feb. 13, 2019__ the Court entered the following order:

**X**  Defendant to be released from custody forthwith

_____  Released to / continued on pretrial release

_____  Sentenced to time served

_____  Case Dismissed

_____  Released to / continued on supervised probation / unsupervised probation

_____  Released to / continued on supervised release

_____  Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

_____  Bench warrant recalled

_____  Other: _____

Sue Beitia, Clerk of Court

by: _____  Deputy Clerk