WILLIAM P. BARR
Attorney General
ROBERT S. BREWER, JR.
United States Attorney
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
Special Attorneys to the Attorney General
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-8437/7951/8817/9144
Email: janaki.gandhi@usdoj.gov

## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>RUDOLPH B. PUANA (1),<br><br>　　　　　　　　Defendant. | CR. No. 19-00015 JMS-WRP<br><br>STIPULATION TO CONTINUE TRIAL AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT (18 U.S.C. §§ 3161(h)(7)(A) and (B)(i), (ii), (iv)), ALONG WITH WAIVER OF SIXTH AMENDMENT RIGHT TO SPEEDY TRIAL |

### STIPULATION CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

A.　The United States of America and the above-captioned Defendant, through their respective undersigned attorneys, hereby agree and stipulate to continue the trial in this case. This stipulation is based on the following:

On January 17, 2020, the Court held a status hearing to address the jury trial scheduled in this case. The Court informed the parties of a potential scheduling

conflict with another criminal trial poised to commence at the same time as the instant case. The Court further informed the parties that because congestion in the Court's calendar does not toll the Speedy Trial clock, if the parties intended to proceed to trial as scheduled on April 14, 2020, the Court was prepared to refer the trial to another District Judge. The parties requested time to meet and confer outside of Court to discuss the status of discovery, trial preparation, and the trial date.

On January 22, 2020, the parties conferred by telephone. Counsel for Defendant Puana informed the United States that, given the voluminous discovery produced to date, additional discovery that is forthcoming, and the need for counsel to prepare for trial in this case, a continuance of the trial date is in the interest of justice. Consequently, on the same day, the parties informed the Court by email that a trial date on or after August 3, 2020, was mutually acceptable. The Court provided new dates for the trial and ordered the parties to file a stipulation to continue trial and exclude time, and a waiver of the Sixth Amendment by Defendant Puana.

B.  Thus, the parties agree the trial should be continued because:

(1)  Given the volume of discovery produced to date, additional discovery that is forthcoming, and the need for counsel to prepare for trial in this case, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a public trial; that absent the continuance, counsel for defendant would be denied the reasonable time necessary for effective preparation; and that the failure to grant a

continuance in the proceedings would be a miscarriage of justice pursuant to 18 U.S.C. § 3161(h)(1)(7)(A), and (B)(i), (iv).

(2) Given the nature of the charges, the volume and nature of the discovery, and the existence of novel questions of fact or law, the parties agree that this case should continue to be deemed unusual or complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

(3) Counsel for Defendant Puana has consulted with his client and waives any due process right to a speedy trial under the Sixth Amendment to the U.S. Constitution for the period January 17, 2020, to and including August 11, 2020.

C. Based on the foregoing, the parties stipulate and agree to the following:

(1) The parties agree to an express exclusion of time, for purposes of computation of time under the Speedy Trial Act, of the period from January 17, 2020, to and including the new trial date of August 11, 2020, on the basis that this case is unusual and complex due to the nature of the prosecution, volume and nature of the discovery, and existence of novel questions of fact or law. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

(2) The parties further agree that a failure to grant the continuance of the trial to August 11, 2020, would result in a miscarriage of justice and unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(i), (iv).

(3) The parties further agree that postponement of the trial until August 11, 2020, does not violate the rights of the defendants to a speedy trial under the Speedy Trial clause of the Sixth Amendment or any other provision of the Constitution.

(4) The parties further agree, based on the foregoing, that the ends of justice served by the continuance outweigh the best interests of the defendants and the public in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A).

D. A final pretrial conference is scheduled for July 13, 2020 at 1:45 p.m., before Magistrate Judge Kenneth J. Mansfield. Motions are due June 15, 2020, and responses are due June 29, 2020. Jury selection and trial will commence on August 11, 2020.

Dated 1/28/20   SIGNED: _____
MICHAEL G. WHEAT
JOSEPH J.M. ORABONA
JANAKI S. GANDHI
COLIN M. MCDONALD
Special Attorneys to the Attorney General

Dated 1/28/20   SIGNED: _____
F. CLINTON BRODEN
JASON Z. SAY
Attorneys for Defendant Puana

Defendant represents that he has read and understood this entire stipulation, including the waiver of rights under the Speedy Trial Act and the Sixth Amendment, and agrees to its terms.

Dated 1/27/20   SIGNED: _____
RUDOLPH B. PUANA

4

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RUDOLPH B. PUANA (1),<br><br>　　　　　　　Defendant. | CR. No. 19-00015 JMS-WRP<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Janaki S. Gandhi, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2020.

　　　　　　　　　　　　　　　　*/s/ Janaki S. Gandhi*
　　　　　　　　　　　　　　　　JANAKI S. GANDHI
　　　　　　　　　　　　　　　　Special Attorney