F. Clinton Broden
TX Bar No. 24001495
Broden & Mickelsen LLP
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)
clint@texascrimlaw.com

Attorney for Defendant
Rudolph B. Puana

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| **UNITED STATES OF AMERICA, )** | **CRIMINAL ACTION NO.** |
| **)** | |
| **Plaintiff, )** | **1:19-CR-00015-JMS-WRP-1** |
| **)** | |
| **v. )** | |
| **)** | |
| **RUDOLPH B. PUANA, )** | |
| **)** | |
| **Defendant. )** | |
| **)** | |

## <u>MOTION TO SEAL</u>

Defendant, Rudolph B. Puana, hereby moves this Court for leave to file his

Sealed Motion Number 4 and related orders under seal with copies restricted to

Defendant Rudolph P. Puana.  In support of this motion, Dr. Puana sets forth the

following facts and arguments.

1. Simultaneous with the filing of this motion, Dr. Puana is filing his Sealed

Motion Number 4.

2.   The Motion reveals both defense strategy as well as defense theories regarding this case.

WHEREFORE Rudolph B. Puana respectfully requests this Court to grant him leave to file his Sealed Motion Number 4 and related order under seal.

Respectfully submitted,

/s/ F. Clinton Broden
F. Clinton Broden

Attorney for Defendant
Rudolph B. Puana

LOCAL COUNSEL:

Jason Z. Say #9486
Law Office of Jason Z. Say, LLLC
1130 N. Nimitz Highway, Suite B-299
Honolulu, HI 96817
(808) 679-7360
jzs@jasonsaylaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, F. Clinton Broden, certify that on December 21, 2020, I caused the foregoing document to be served by the electronic case filing system (ECF) on all counsel of record.

<u>/s/ F. Clinton Broden </u>
F. Clinton Broden

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| **UNITED STATES OF AMERICA, )** | **CRIMINAL ACTION NO.** |
| ) | |
| **Plaintiff,** ) | **1:19-CR-00015-JMS-WRP-1** |
| ) | |
| **v.** ) | |
| ) | |
| **RUDOLPH B. PUANA,** ) | |
| ) | |
| **Defendant.** ) | |
| ———————————————) | |

### ORDER

Defendant's Motion to Seal is this _____day of December, 2020 GRANTED.

ORDERED, the Clerk of the Court shall file Defendant's Sealed Motion Number 4 and any related orders under seal with no access granted to any other party but defendant Rudolph P. Puana.

_____
WES REBER PORTER
United States Magistrate District Judge