F. Clinton Broden
TX Bar No. 24001495
Broden & Mickelsen LLP
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)
clint@texascrimlaw.com

Attorney for Defendant
Rudolph B. Puana

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Dec 22, 2020**
Michelle Rynne, Clerk of Court

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:19-CR-00015-JMS-WRP-1** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RUDOLPH B. PUANA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Defendant's Motion to Seal on this 22nd day of December, 2020, is GRANTED.

ORDERED, the Clerk of the Court shall file Defendant's Sealed Motion Number 4 and any related orders under seal with no access granted to any other party but defendant Rudolph P. Puana.



Wes Reber Porter
United States Magistrate Judge