# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL ACTION NO. |
| Plaintiff, ) | 1:19-CR-00015-JMS-RLP-1 |
| v. ) | |
| RUDOLPH B. PUANA, ) | |
| Defendant. ) | |

## ORDER

Defendant's Motion to Allow Travel is this 12th day of August, 2021 GRANTED.

ORDERED Defendant is hereby allowed to travel to the State of Arizona from August 30, 2021 to September 2, 2021.

8/12/2021
Date:



Wes Reber Porter
United States Magistrate Judge