IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUDOLPH B. PUANA,<br><br>Defendant. | CR. NO. 19-00015 JMS-WRP<br><br>ORDER GRANTING UNOPPOSED MOTION TO ALLOW TRAVEL |

ORDER GRANTING UNOPPOSED MOTION TO ALLOW TRAVEL

Based on the information provided in Defendant Rudolph B. Puana's Unopposed Motion to Allow Travel, the Motion is GRANTED. Defendant Puana is allowed to travel to Colorado from October 20, 2021 to October 26, 2021.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, SEPTEMBER 20, 2021.



Wes Reber Porter
United States Magistrate Judge