# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CRIMINAL ACTION NO.** |
| ) | |
| **Plaintiff,** ) | **1:19-CR-00015-JMS-WRP-1** |
| ) | |
| v. ) | |
| ) | |
| **RUDOLPH B. PUANA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

Defendant's Motion to Seal is this 22nd day of September, 2021 GRANTED.

ORDERED, the Clerk of the Court shall file Defendant's Sealed Motion Number 6 and any related orders under seal with no access granted to any other party but defendant Rudolph P. Puana.



_____
Wes Reber Porter
United States Magistrate Judge