# MINUTE ORDER

CASE NUMBER: 1:19-cr-00015-JMS-WRP-1

CASE NAME: United States of America v. (01) Rudolph B. Puana

JUDGE: J. Michael Seabright          DATE: 03/18/2022

COURT ACTION:  EO:  The court received a letter from the United States on March 18, 2022 attaching a copy of Katherine Kealoha's presentence report, and identifying specific paragraphs that address mental and physical health issues.  The court finds that the specific paragraphs identified by the United States in the March 18 letter should be disclosed to defense counsel.

But the court requires more.  That is, the court will order release of the entire presentence report with limited redactions.  Thus, the court requires the United States to identify for the court any information that the United States believes should be redacted.  To accomplish this, no later than March 24, 2022, the United States is directed to provide to the court for in camera review a presentence report with the limited redactions suggested by the United States.  The court can then review the redacted report against an unredacted one and make a final determination as to what should be redacted.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge