# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-cr-00015-JMS-WRP-1 |
| CASE NAME: | United States of America v. (01) Rudolph B. Puana |
| ATTYS FOR PLA: | *Colin M. McDonald<br>Joseph J.M. Orabona<br>Michael Wheat |
| ATTY FOR DEFT: | *(01) F. Clinton Broden |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 03/24/2022 | TIME: | 3:00 pm - 4:10 pm |

COURT ACTION:   EP:  Hearing on Defendant's Motions *in Limine* II - IV and a Pretrial Status Conference held.

Defendant Rudolph B. Puana, not in custody, present.

Discussion held six (6) prospective jurors that requested to be excused after receiving the COVID-19 screening text message from the court.  With no objection from the parties, the following jurors are excused: 100352003, 100348305, 100340715, 100345381, 100334989, 100359893, 100364645, and 100363163.

Government to compile a list of witnesses and provide copies for prospective jurors to review.

The Court directs the Parties to submit their statement of the case by noon on Monday, 03/28/2022.

[235] Defendant's Motions *in Limine* II - IV:

As to MIL II, for reasons stated on the record, DENIED.

As to MIL III, GRANTED.  If Government feels a hypothetical exception has been met, Government may ask for a sidebar.

As to MIL IV, for reasons stated on the record, DENIED.

The Court will allow the Government to bring firearms into the courtroom.  The Court directs the U.S. Marshals Service to render the firearms as safe prior to the Government bringing them into the courtroom.

Regarding Katherine Kealoha's presentence report, the Government may provide a redacted version directly to the Defendant.  The Court vacates its request for a redacted version (ECF No. 261).

Parties will deliver exhibit binders on Monday, 03/28/2022.

By agreement of the Parties, sidebar will be conducted in pre-COVID manner.

The Court will allow counsel, their assistants, and Kelloir Smith, Defendant's jury consultant, to utilize laptops in the courtroom.

Defendant to remain on previously imposed conditions of release.

Submitted by:  Renee L.F. Honda, Courtroom Manager