MERRICK B. GARLAND
Attorney General
RANDY S. GROSSMAN
United States Attorney
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI G. CHOPRA, CBN 272246
COLIN M. MCDONALD, CBN 286561
ANDREW Y. CHIANG, NYBN 4765012
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/7951/8817/9144/8756
michael.wheat@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  v.<br><br>RUDOLPH B. PUANA,<br><br>      Defendant. | CR. No. 19-00015-01 JMS-WRP<br><br>UNITED STATES' MOTION FOR LEAVE TO FILE MOTIONS *IN LIMINE* TO:<br><br>1. PERMIT IMPEACHMENT UNDER RULE 609; AND<br>2. ADMIT DEFENDANT'S SWORN ADMISSIONS |

   The United States, through its counsel, hereby seeks leave of the Court to file the above-referenced motions *in limine*, which are attached to this filing as Exhibit 1. These motions are based on Defendant's guilty plea to Count 54 of the Superseding Indictment, which took place on March 28, 2022.

//

Accordingly, given no earlier opportunity, the United States respectfully requests leave to file these motions now.

Respectfully submitted,

Dated: March 30, 2022

MERRICK B. GARLAND
Attorney General

RANDY S. GROSSMAN
United States Attorney

*/s/ Colin M. McDonald*
MICHAEL G. WHEAT
JOSEPH J.M. ORABONA
JANAKI S. GANDHI
COLIN M. MCDONALD
ANDREW Y. CHIANG
Special Attorneys to the Attorney General

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RUDOLPH B. PUANA,<br><br>　　　　　　Defendant. | CR. No. 19-00015-01 JMS-RLP<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Colin M. McDonald, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2022.

　　　　　　　　　　　　　　　　*/s/ Colin M. McDonald*
　　　　　　　　　　　　　　　　COLIN M. MCDONALD